UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-60643 CIV-GOLD/TURNOFF

**DORIS M. HUMBLE AND**
**MARGARET HUMBLE LANTZ,**

    **Plaintiffs,**

vs.

**B.M. OIL, INC.,**

    **Defendant.**
_____/



FILED by _____ D.C.
JUL 13 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE MOTION TO DISMISS AND DENYING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT

THIS CAUSE is before the Court on Plaintiffs' Motion to Strike Improper Motion to Dismiss and Improper Memorandum in Support of Motion to Dismiss **[DE 8, filed June 13, 2006]**, and Plaintiffs' Motion for Entry of Default Final Judgment Against Defendant BM Oil, Inc. and Memorandum in Support Thereof **[DE 10, filed June 13, 2006]**.

On June 5, 2006, Defendant filed a Motion to Dismiss for Lack of Jurisdiction Over the Person of Defendant, B.M. Oil, Inc. **[DE 6]**. The Motion to Dismiss is signed by "Chris Bertrand, V.P., B.M. Oil, Inc. On behalf of B.M. Oil, Inc., In Proper Person." Plaintiffs move to strike the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(f) because corporations may not proceed pro se in legal proceedings. *FTC v. Gem Merchandising Corp.*, Case No. 95-8364, 1995 WL 623168, at *1 (11th Cir. Sept. 1, 1995) ("It is well settled that a corporation is an artificial entity which cannot appear pro se in legal proceedings but must be represented by counsel. This rule applies even when the person

1

seeking to represent the corporation is its president and major stockholder.") (citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)). As such, I will strike Defendant's Motion to Dismiss.

Plaintiffs also moved for entry of a default judgment on grounds that, because it has no valid response on file, Defendant is in default. I decline to grant the relief that Plaintiffs request. "Entry of judgment by default is a drastic remedy which should be used only in extreme situations, as the court has available to it a wide range of lesser sanctions. . . . Moreover, we must respect the usual preference that cases be heard on the merits rather than resorting to sanctions that deprive a litigant of his day in court." *Mitchell v. Brown & Williamson Tobacco Corp.*, 294 F.3d 1309, 1316-17 (11th Cir. 2002) (citing *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985)). This case does not present such extreme circumstances. As further grounds for my ruling, I note that Plaintiffs have not been prejudiced as a result of Defendant's technical pleading deficiency. *See Wahl*, 773 F.2d at 1174 (affirming district court's failure to enter default judgment after finding that "appellant has not shown that the delay prejudiced him in any way"); *Gresham v. Waffle House, Inc.*, 586 F. Supp. 1442, 1444 (N.D. Ga. 1984) (finding the failure to respond to plaintiff's amended complaint within the ten day period to be a technical deficiency that did not warrant the harsh remedy of a default judgment). Finally, I note that on July 3, 2006, Defendant filed an Amended Motion to Dismiss **[DE 14]**. Accordingly, it is hereby **ORDERED AND ADJUDGED**:

    1.    Plaintiffs' Motion to Strike Defendant's Improper Motion to Dismiss **[DE 8]** is GRANTED. Defendant's Motion to Dismiss **[DE 6]** is DENIED WITHOUT

      PREJUDICE.

2.    Plaintiffs' Motion for Entry of Default Final Judgment **[DE 10]** is DENIED.

3.    Plaintiffs shall respond to Defendant's Amended Motion to Dismiss for Lack of Personal Jurisdiction and Supporting Memorandum of Law **[DE 14] on or before July 24, 2006**.

**DONE AND ORDERED** in Chambers at Miami, FL, this _12_ day of July, 2006.

                                                  THE HONORABLE ALAN S. GOLD
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished:
**U.S. Magistrate Judge William C. Turnoff**
**All Counsel of Record**
Dora Faye Kaufman, Esq. [via facsimile from Chambers 954.467.1372]
Lloyd E. Ward, Esq. [via facsimile from Chambers 972.361.0039]
Michael Joseph Napoleone, Esq. [via facsimile from Chambers 561.820.1608]