UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-60643 CIV-GOLD/TURNOFF

DORIS M. HUMBLE AND
MARGARET HUMBLE LANTZ,

    Plaintiffs,

vs.

B.M. OIL, INC.,

    Defendant.
_____/



FILED by ___ D.C.
AUG 0 1 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DENYING AMENDED MOTION TO DISMISS AS MOOT

**THIS CAUSE** is before the Court *sua sponte*. A review of the record reveals that on July 3, 2006, Defendant B.M. Oil, Inc. filed an Amended Motion to Dismiss for Lack of Personal Jurisdiction and Supporting Memorandum of Law **[DE 14]** (the "Motion to Dismiss"). In the Motion to Dismiss, Defendant seeks dismissal of the Complaint in its entirety. On July 24, 2006, Plaintiffs filed a First Amended Complaint **[DE 17]**.

The First Amended Complaint replaces the original Complaint as the operative pleading in this case. The First Amended Complaint renders the Motion to Dismiss moot. Accordingly, it is hereby **ORDERED AND ADJUDGED** that: Defendant's Amended Motion to Dismiss for Lack of Personal Jurisdiction and Supporting Memorandum of Law **[DE 14]** is DENIED AS MOOT.

**DONE** and **ORDERED** in Chambers at Miami, Florida, this ___28th___ day of July, 2006.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished:
Magistrate Judge William C. Turnoff
All counsel of record

